# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

ILENE L. PRICE, DEAN G. WOOD,
MARGARET M. JOHNSON,
QUENTIN J. HALTON, THOMAS A.
REYNOLDS, BARBARA D. REYNOLDS
and MARY A. JOHNSON,

        Plaintiffs,

        -vs-                             Case No. 05-C-947

CAPITAL ONE BANK,

        Defendants.

---

## ORDER

---

Pursuant to 28 United States Code, Section 455(b)(4), I herewith recuse myself from participation in this case. Accordingly,

**IT IS ORDERED** that this matter be returned to the Clerk of Court for reassignment to another judge.

Dated at Milwaukee, Wisconsin, this 27th day of January, 2006.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**